# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DALE KINGSBURY,            ) | |
|                **Plaintiff,**  ) | |
|                             ) | |
| vs.                         ) | Case No. 08-4014-JAR |
|                             ) | |
| MICHAEL J. ASTRUE,           ) | |
| COMMISSIONER OF              ) | |
| SOCIAL SECURITY,             ) | |
|           **Defendant.**  ) | |
|           **Defendant.**  ) | |
| _____ ) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the October 21, 2008 Recommendation and Report (Doc. 17).

**IT IS SO ORDERED**.

Dated this 5th day of November, 2008.

                                         **S/ Julie A. Robinson**
                                         **Julie A. Robinson**
                                         **United States District Judge**